UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | Mag. No. 23-3038 |
| ELIYAHU "ELI" WEINSTEIN, a/k/a "Mike Konig," | : | |
| ARYEH "ARI" BROMBERG, | : | NOTICE OF APPEARANCE |
| JOEL WITTELS, SHLOMO EREZ, and ALAA HATTAB | : | |

PLEASE TAKE NOTICE that Mark J. Pesce, Assistant United States Attorney (Mark.Pesce@usdoj.gov), is appearing for the United States of America in the above-captioned matter.

PHILIP R. SELLINGER
United States Attorney

By: Mark J. Pesce
Assistant U.S. Attorney

Dated:   January 10, 2024